AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 29 2022
TAMMY H. DOWNS, CLERK
By: _____, DEP CLERK

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| ALEC SWAIN HUFFSTICKLER | ) | |
| | ) | Case No. 4:19CR00220-01 BRW |
| | ) | USM No. 32703-009 |
| | ) | Christian Alexander |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  Mandatory, Standard & Special  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory (1) | Commission of another federal, state or local crime. | 02/19/2022 |
| Mandatory (3) | Failure to refrain from unlawful use of a controlled substance. | 11/23/2022 |
| Standard (1) | Failure to report to probation office in the federal judicial district where you are authorized to reside within 72 hours of.. | 05/08/2021 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0834

Defendant's Year of Birth: 1997

City and State of Defendant's Residence: _____

12/29/2022
Date of Imposition of Judgment

_Signature of Judge_

BILLY ROY WILSON, U.S. DISTRICT JUDGE
Name and Title of Judge

12-29-2022
Date

DEFENDANT: ALEC SWAIN HUFFSTICKLER
CASE NUMBER: 4:19CR00220-01 BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | of your release from imprisonment. | |
| Standard (2) | Failure to submit written monthly reports as instructed. | 10/18/2021 |
| Standard (5) | Failure to notify and receive permission to change residence from probation officer. | 08/04/2021 |
| Special (1) | Failure to participate in a substance abuse treatment program under the guidance and supervision of the probation office. | 01/03/2022 |
| Special (2) | Failure to attend a church drug treatment program, after requesting the special condition from the Court. | |
| Special (3) | Failure to participate in a mental health assessment. | 09/21/2021 |
| Special | Failure to pay $100 Special Assessment penalty. | |

Judgment — Page 3 of 3

DEFENDANT: ALEC SWAIN HUFFSTICKLER
CASE NUMBER: 4:19CR00220-01 BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

14 months, with no term of Supervised Release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL